AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

**V.**

PETER CLARK
147 South Elm Street
Bradford, Massachusetts

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 02-M00072-LPC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ January 25, 2002 _____ in _____ Suffolk _____ county, in the _____ District of _____ Massachusetts _____ defendant(s) did, (Track Statutory Language of Offense)

move or travel in interstate or foreign commerce with intent to avoid prosecution

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 1073 _____

I further state that I am a(n) _____ Special Deputy U.S. Marshal _____ and that this complaint is based on the following facts:

<span style="text-align:center">Official Title</span>

On January 25, 2002, the defendant escaped from the Southeastern Correctional Center located in Bridgewater, Massachusetts while serving a maximum 10 year sentence on the charge of Trafficking Cocaine (100 grams or more) and was charged with the crime of Escape by Complaint filed in Brockton District Court, all as is more fully set forth in the attached affidavit, incorporated herein by reference.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

2/26/02
Date

at    Boston, Massachusetts
City and State

United States Magistrate Judge Lawrence P. Cohen
Name & Title of Judicial Officer

_Signature of Judicial Officer_

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

Boston, Massachusetts

February 21, 2002

I, ROBERT J. PATENAUDE, Special Deputy United States Marshal, FEDERAL BUREAU OF INVESTIGATION (FBI), being duly sworn, upon my oath depose and state:

1.    The FBI has been requested to assist the Massachusetts Department of Corrections in the location and apprehension of PETER CLARK.

2.    I have been informed by PAUL DEVLIN, Sergeant, Massachusetts Department of Correction, Fugitive Apprehension Unit, as follows:

   a.  PETER CLARK was charged with the crime of Escape, by Complaint filed in Brockton District Court on January 25, 2002;

   b.  The crime of Escape is a felony under Massachusetts General Laws, Chapter 268, Section 16;

   c.  On January 25, 2002, an arrest warrant was issued by the Brockton District Court for the apprehension of PETER CLARK;

   d.  Law enforcement efforts to locate PETER CLARK within the Commonwealth of Massachusetts have been unsuccessful;

    e.   It is believed that PETER CLARK has fled the Commonwealth of Massachusetts because investigation by local authorities indicates he may have fled to New Hampshire;

    f.   The Commonwealth of Massachusetts will rendite PETER CLARK if he is apprehended outside the District of Massachusetts;

3.   Attached hereto and made a part hereof are certified copies of the following:

    a.   Complaint and arrest warrant.


_____
ROBERT J. PATENAUDE
Special Deputy U.S. Marshal


Subscribed and sworn to before me this 26th day of February, 2002.


_____
United States Magistrate Judge



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, Massachusetts 01757-3698*
*(508) 422-3300*
*www.magnet.state.ma.us/doc*



**Jane Swift**
*Governor*

**James P. Jajuga**
*Secretary*

**Michael T. Maloney**
*Commissioner*

**Kathleen M. Dennehy**
*Deputy Commissioner*

Mr Michael Sullivan, U.S. Attorney
United States Attorney's Office
John McCormack Post Office and Courthouse
Boston, Massachusetts

RE:    **REQUEST FOR UNLAWFUL FLIGHT TO AVOID PROSECUTION ON PETER CLARK; WHITE/MALE; DOB/070359; POB/NEWBURYPORT, MA; SSN/023596220; FBI/306963AA0; HT/5'7"; WT/170; HAI/BLK; EYE/ BRO; LKA/147 SOUTH ELM STREET BRADFORD, MASSACHUSETTS**

Dear Mr. Sullivan:

The Massachusetts Department of Correction is making formal application for the issuance of an Unlawful Flight to Avoid Prosecution warrant on the above subject. The subject was convicted and sentenced to a term of a minimum of 10 years and a maximum of 10 years and 1 day on March 23, 1998. In the Essex Superior Court on the charge of Trafficking Cocaine (100 grams or more).

On January 25, 2002, the subject escaped from the Southeastern Correctional Center, a minimum security facility located in Bridgewater. On January 25, 2002 warrant number (0215CR000651) was issued in the Brockton District charging the subject with Escape, a violation of Massachusetts General Law Chapter 268 Section 16.

Information has been developed, by the Massachusetts Department of Correction Fugitive Apprehension Unit, which indicates, the subject has fled the Commonwealth of Massachusetts. The Fugitive Apprehension Unit maintains a complete investigative file in this regard. If the subject is apprehended, Massachusetts will rendite nationwide and will prosecute the subject to the full extent of the law. If you have any questions in this matter, please do not hesitate to contact me.

Respectfully submitted,

Paul J. Devlin, Sergeant
Massachusetts DOC Fugitive Unit

CLARK, PETER -------------------- - W5692342 -------------------

Commonwealth of Massachusetts - Criminal Justice Information System
Trial Court of Massachusetts - Warrant Management System
Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
the person named herein as contained in the Warrant Management System and
printed via Criminal Justice Information System.
This Warrant Printed as of 10:38 on 02/14/02

--------------------------------------------------------------------------

Defendant Information:
    Name: CLARK, PETER                                     SS#: 023596220
    Address: 147 S ELM ST                          Race: W     Sex: M
                                                   Hair: BRO   Eyes: BRO
        City: BRADFORD              MA 01835       Weight: 170 Height: 5'07"
                                                   Complexion: LGT  Marks:
    Date of Birth: 07/03/1959 Place of Birth: MA Date of Emancipation: 00/00/0000
    Father:                               Mother:
    Known Alias:                                     Ref No: W5692342

    License No: 013426124                      Misc No:
    License State: MA        Obtn No:          CC No:
--------------------------------------------------------------------------
Warrant Information:                                    Docket: 0215CR000651
    Issue Date: 01/25/2002  Court of Issue: 15   - BROCKTON DISTRICT
        Type: S - STRAIGHT                                 105636
    Date of Complaint: 01/25/2002
        Offense Date: 01/25/2002  Offense Location: BRIDGEWATER

**************************** Charges ***********************************
    Count     Offense Code                       Description
    1  F      268/16/A          ESCAPE FROM PENAL INSTITUTION/COURT c268 S16

--------------------------------------------------------------------------
    Information: DO NOT RELEASE
    Return to Service To: D37 - MCI BRIDGEWATER CORR
    Warrant Printed by:    D34 - BOSTON - DOC - DEPUTY COMMISSI
                                                  Fine Amount:
    Officer Name:                                 Bail Amount:
    Justice Name: NAGLE, DAVID G                  Non-bailable
    Warrant Date/Time: 00/00/0000 00:00   Recall Date/Time: 00/00/0000 00:00
--------------------------------------------------------------------------


TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

        The court has ordered that the above warrant issue against the
        above defendant.

        Therefore you are hereby commanded to arrest the above named
        defendant and bring the defendant forthwith before this court
        to answer to the offense(s) listed above and to be dealt with
        according to law.
    ----------------------------------------------------------------
Return of Service:  By virtue of this warrant, I certify that:

        _____ The defendant has been arrested as ordered by the court
        _____ I am returning the warrant without service to the court

----------------------------------------------------------------
Date of Arrest  Signature of Person  Title of Person   Department
                Making Service       Making Service    If different

Subscribed to and sworn before me
this 14th day of February 2002
Roberta A. Wooster, Notary Public
My commission expires Apr. 25, 2008

# COMMONWEALTH OF MASSACHUSETTS.

ESSEX, SS.

To the Sheriff of the County of Essex, or any of his Deputies, and to the Superintendent of the Massachusetts Correctional Institution, Cedar Junction.

GREETING:

WHEREAS, by the consideration of the Superior Court holden within and for said County of Essex, on the 23RD day of March, A.D., 1998.

Peter Clark

of Haverhill in said County of Essex,

now in custody of said Sheriff, convict of the crime of

Traffick in Cocaine (100+ grams)

was sentenced to be confined at hard labor, in the Massachusetts Correctional Institution, Cedar Junction, for a term of not less than — Ten — years and not more than Ten years and one day ~~years~~, and to stand committed according to said sentence.

ORDER: Prisoner deemed to have served – 691 — days as a portion of said sentence under provisions of G. L. Chap. 279, Sec. 33a.

WE THEREFORE, COMMAND YOU, the said Sheriff or your said Deputies to remove the said convict from either of the jails in said County of Essex to said Massachusetts Correctional Institution, Cedar Junction: and WE COMMAND YOU the Superintendent of said Massachusetts Correctional Institution, Cedar Junction, to receive him, and immediately thereon to cause him to be confined therein as aforesaid; and for so doing this shall be your warrant.

And you, said Sheriff, are to make return of this Warrant, with your doings therein, to the office of the Clerk of said Court, in Salem, in said County of Essex, as soon as may be.

Subscribed to and sworn before me this 14th day of February 2002
Roberta A. Wooster
Roberta A. Wooster, Notary Public
My commission expires Apr. 25, 2008

Witness, Robert A. Mulligan Chief Justice of our Superior Court, at Salem, on the day and date aforesaid.

[signature]
ASSISTANT CLERK

A TRUE COPY, ATTEST
[signature] C.O.
~~ASST~~ CLERK

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

## U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** __II__    **Investigating Agency** __FBI__

**City** __Boston__    **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name __Peter Clark__    Juvenile:    ☐ Yes    X No

Alias Name _____

Address __147 South Elm Street, Bradford, MA__

Birthdate: __7/3/59__    SS # __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__    Sex: __M__    Race: __Wh__    Nationalit __USA__

**Defense Counsel if known:** _____    Address _____

Bar Number _____

### U.S. Attorney Information:

AUSA __Lori J. Holik__    Bar Number if applicable _____

**Interpreter:**    ☐ Yes    X No    List language and/or dialect: _____

**Matter to be SEALED:**    X Yes    ☐ No

X Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    X Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2-25-02__    Signature of AUSA: _____