UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )  Magistrate Judge No. 02-MJ-00072<br>)<br>PETER CLARK ) | |

## DISMISSAL OF COMPLAINT

The United States, by and through United States Attorney, Michael J. Sullivan, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, dismisses the Complaint filed February 26, 2002, charging Unlawful Flight To Avoid Prosecution in violation of Title 18, United States Code, Section 1073, for the reason that the defendant was arrested in Methuen, Massachusetts by the Massachusetts State Police and the FBI on May 10, 2002 and for the reason that further prosecution for this federal violation is not in the interests of justice. The defendant was subsequently returned to the custody of the Massachusetts Department of Correction.

Respectfully submitted this 22nd day of March, 2005.

                                MICHAEL J. SULLIVAN
                                United States Attorney

                        By:    /s/ James B. Farmer
                                JAMES B. FARMER
                                Deputy First Assistant
                                United States Attorney and
                                Criminal Chief

                                LORI J. HOLIK
                                Assistant U.S. Attorney



Leave To File Granted,
This 30th day of March, 2005.

_____
CHARLES B. SWARTWOOD
UNITED STATES MAGISTRATE JUDGE